IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY F. BATTISTE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION 06-0800-M |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Mary F. Battiste and against Defendant Michael J. Astrue.

DONE this 21st day of June, 2007.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE