```
            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| MARY F. BATTISTE, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 06-0800-M |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter, be **AWARDED** an EAJA attorney's fee in the amount of $2,369.87. No costs are taxed.

DONE this 12th day of October, 2007.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE IN THE