```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

MARY F. BATTISTE,                :
                                 :
    Plaintiff,                  :
                                 :
vs.                              :      CIVIL ACTION 06-0800-M
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
    Defendant.                  :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's attorney's Petition for Authorization of Attorney Fees be **GRANTED**, without objection by the Government, and that Plaintiff's attorney, Byron A. Lassiter, be **AWARDED** a fee of $4,912.00 for his services before this Court.  It is **FURTHER ORDERED** that Mr. Lassiter pay to Plaintiff the smaller sum of $2,369.87, which sum represents the fee previously awarded pursuant to the Equal Access to Justice Act.

DONE this 8th day of January, 2009.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE